IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                    NO. 09CR20036-001 & 002

DONALD G. CHARLES and
RONNIE D. BAUDERS                                          DEFENDANTS

O R D E R

On this 18th day of September 2009, there comes on for consideration the report and recommendation filed in this case on September 17, 2009, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 25).

The trial of this matter is scheduled to begin September 23, 2009. Defendant Bauders filed his motion to suppress on September 11, 2009, and the Government responded on September 16, 2009. Judge Marschewski held a hearing on September 17, 2009, and filed this report and recommendation later that day. Due to the close proximity to the trial date, the Court requested expedited objections from Defendant Bauders and was advised that no objections would be filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant Bauders' Motion to Suppress (Doc. 19) is DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge