IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                      NO. 09CR20036-001 & 002

DONALD G. CHARLES and
RONNIE D. BAUDERS                                          DEFENDANTS

### **ORDER**

Currently before the Court are the Government's Motions in Limine (Docs. 43-44). At a hearing before jury selection, the Court heard argument from all parties in connection with these motions. The Court, being well and sufficiently advised, finds that the motions should be and hereby are GRANTED. Counsel may approach the bench during trial if they believe any of the testimony or evidence excluded in these motions becomes relevant, and the Court will reconsider its ruling.

IT IS SO ORDERED this 23rd day of September 2009.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge