UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.                CASE NO. 09CR20036-001, 002

DONALD G. CHARLES and
RONNIE D. BAUDERS                                          DEFENDANTS

### **JUDGMENT OF ACQUITTAL**

On the 23rd day of September 2009, this matter came on for trial to a duly selected jury consisting of twelve members, the Honorable Robert T. Dawson presiding. The case was submitted to the jury, and a unanimous verdict was reached on September 24, 2009, finding Defendants Donald G. Charles and Ronnie D. Bauders NOT GUILTY of the charge in the Indictment.

Accordingly, IT IS ORDERED that Defendants Donald G. Charles and Ronnie D. Bauders are hereby acquitted, discharged, and any bond exonerated.

IT IS SO ORDERED this 24th day of September 2009.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge